# EXHIBIT 1

## CONSENT FORM
Godwin, Elizabeth, et al. v. Orcutt, Nicolai, et al.
United States District Court, Northern District of Texas

### CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §216(b):

1. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

2. I acknowledge that I have been advised to consult an attorney with respect to my rights relating to this lawsuit.

3. I worked as an exotic dancer for Nicolai Orcutt, John DeLeon, Mimi Hernandez, Eric Langan, RCI Hospitality Holdings, Inc., RCI Management Services, Inc., and JAI Dining Services (Lubbock), Inc. (a/k/a/ Jaguars Club- Lubbock) performed these duties from on or about (month) May (year) 2015 through the:
    a. last day of my employment: (month) May (year) 2018; or
    b. present time (Please circle, if applicable.).

4. I specifically authorize attorneys Nicholas J. Enoch and Stanley Lubin, Lubin & Enoch, P.C. as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against the Defendants regarding my claims.

Print Name: Elizabeth Godwin

Signature: Elizabeth G[...]   Date Signed: 5-22-18

Home Address: 5007 10th St Lubbock TX, 79416

Phone Number(s): 806-853-1974

E-Mail Address(es): bacchusfordays@gmail.com

**RETURN THIS FORM BY MAIL TO:**
Lubin & Enoch, P.C.
221 N. Kansas St., Suite 700
El Paso, Texas 79901

*NOTE* Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

## CONSENT FORM
Godwin, Elizabeth, et al. v. Orcutt, Nicolai, et al.
United States District Court, Northern District of Texas

### CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), *as amended*, 29 U.S.C. §216(b):

1. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

2. I acknowledge that I have been advised to consult an attorney with respect to my rights relating to this lawsuit.

3. I worked as an exotic dancer for Nicolai Orcutt, John DeLeon, Mari Hernandez, Eric Langan, RCI Hospitality Holdings, Inc., RCI Management Services, Inc., and JAI Dining Services (Lubbock), Inc. (a/k/a/ Jaguars Club- Lubbock) performed these duties from on or about (month) October (year) 2016 through the:
   a. last day of my employment: (month) July (year) 2017 or
   b. present time (Please circle, if applicable.)

4. I specifically authorize attorneys Nicholas J. Enoch and Stanley Lubin, Lubin & Enoch, P.C. as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against the Defendants regarding my claims.

Print Name: Krishna Buoy
Signature: Krishna Buoy     Date Signed: 5/24/18
Home Address: 1410 Oakengates Dr.
Houston TX, 77015
Phone Number(s): 832-714-0567
E-Mail Address(es): krishnabuoy66@gmail.com

**RETURN THIS FORM BY MAIL TO:**
Lubin & Enoch, P.C.
221 N. Kansas St., Suite 700
El Paso, Texas 79901

*NOTE* Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.

**CONSENT FORM**

Godwin, Elizabeth, *et al.* v. Orcutt, Nicolai, *et al.*
United States District Court, Northern District of Texas

**CONSENT TO JOIN COLLECTIVE ACTION**

Pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), *as amended*, 29 U.S.C. §216(b):

1. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

2. I acknowledge that I have been advised to consult an attorney with respect to my rights relating to this lawsuit.

3. I worked as an exotic dancer for Nicolai Orcutt, John DeLeon, Mari Hernandez, Eric Langan, RCI Hospitality Holdings, Inc., RCI Management Services, Inc., and JAI Dining Services (Lubbock), Inc. (a/ka/ Jaguars Club- Lubbock) performed these duties from on or about (month)_____(year)_____through the:
    a. last day of my employment: (month)_____(year)_____; or
    b. present time (Please circle, if applicable.).

4. I specifically authorize attorneys Nicholas J. Enoch and Stanley Lubin, Lubin & Enoch, P.C. as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all compensation claim(s) I have against the Defendants regarding my claims.

Print Name: _____

Signature: _____   Date Signed: _____

Home Address: _____

_____

Phone Number(s): _____

E-Mail Address(es): _____

**RETURN THIS FORM BY MAIL TO**:
Lubin & Enoch, P.C.
221 N. Kansas St., Suite 700
El Paso, Texas 79901

**\*NOTE\*** Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.