IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ELIZABETH GODWIN and KRISHNA BUOY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NICOLAI ORCUTT, *et al.*, | ) ) |
| Defendants. | ) Civil Action No. 5:18-CV-133-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 2nd day of August, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE